IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **SPECIAL MATERIAL COMPANY,** *Plaintiff,* | § § § § § § § § § § | |
| v. | | MO:25-CV-00100-DC |
| **KODIAK ENERGY SERVICES, LLC, JOSH HARPOLD, JILL HARPOLD, PETE WANTIEZ,** *Defendants.* | | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 47) concerning Plaintiff Special Material Company's Motion for Default Judgment against Defendants Pete Wantiez and Kodiak Energy Services (Doc. 44). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge issued his report and recommendation on December 5, 2025. As of the date of this Order, neither party has filed objections.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no party has

filed timely objections, the Court reviews the Report and Recommendation for clear error, finding none.

As a result, Plaintiff's Motion for Default Judgment is **DENIED WITHOUT PREJUDICE**.

It is so **ORDERED**.

**SIGNED this 22nd day of December, 2025.**

_____
**DAVID COUNTS**
**UNITED STATES DISTRICT JUDGE**