**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **SPECIAL MATERIALS COMPANY,** *Plaintiff,* | § | |
| **v.** | § | **MO:25-CV-00100-DC** |
| **KODIAK ENERGY SERVICES, LLC, JOSH HARPOLD, JILL HARPOLD, and PETE WANTIEZ,** *Defendants.* | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Before the Court is United States Magistrate Judge Ronald C. Griffin's Report and Recommendation[1] concerning Plaintiff Special Materials Company's Motion for Sanctions[2] and Supplemental Motion for Sanctions.[3]

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in so doing, secure de novo review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error.[4] No timely objection having been filed, the Court's review is straightforward: clear error.

Finding none, the Court **ADOPTS** the Report and Recommendation of the United States Magistrate Judge. Accordingly, it is **ORDERED** that Plaintiff Special Materials

---

[1] Doc. 78.
[2] Doc. 67.
[3] Doc. 75.
[4] *See* Fed. R. Civ. P. 72 advisory committee's note to 1983 addition ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Company's Motion for Sanctions[5] and Supplemental Motion for Sanctions[6] are hereby **GRANTED in part** and **DENIED in part** in full accordance with the terms of the Report and Recommendation.

It is so **ORDERED.**

SIGNED this 24th day of November, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

[5] Doc. 67.
[6] Doc. 75.